**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3043-19

RHASUN TAPP, SR.,

     Plaintiff-Respondent,

v.

SOUTH JERSEY CUSTOMS,
LLC,

     Defendant-Appellant.

_____

Submitted April 19, 2021 – Decided May 5, 2021

Before Judges Mayer and Susswein.

On appeal from the Superior Court of New Jersey, Law Division, Atlantic County, Docket Nos. DC-007039-19 and SC-000679-19.

Mark J. Molz, attorney for appellant.

Rhasun Tapp, Sr., respondent pro se.

PER CURIAM

We were advised this matter has been amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3043-19